# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                       Case No. 09-cr-20236
                                            Related Case No. 13-10452

QUENTON THOMAS WHITSELL,

      Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S SEPTEMBER 10, 2014 LETTER/ MOTION REQUESTING TRANSCRIPTS [#110]

On September 10, 2014, the Clerk of the Court docketed a letter/motion filed by Defendant Quenton Thomas Whitsell. The court will deny the motion without prejudice because, at the time of the filing, Defendant was represented by counsel. Thus, all filings must be made by the attorney of record.

Defendant is not entitled to represent himself while simultaneously represented by counsel. There is no right to "hybrid" representation that would result in simultaneous or alternating self-representation and representation by counsel. A person represented by counsel must rely upon that counsel. *See, e.g.*, *United States v. Olson*, 576 F.2d 1267, 1269-70 (8th Cir. 1978); *Daniels*, 572 F.2d at 540; *Ennis*, 560 F.2d at 1075; *Williams*, 534 F.2d at 123; *United States v. Hill*, 526 F.2d 1019, 1024-25 (10th Cir. 1975); *Move Org. v. City of Phila.*, 89 F.R.D. 521, 523 n.1 (E.D.Pa.1981); *United States ex rel. Snyder v. Mack*, 372 F.Supp. 1077, 1078-79 (E.D.Pa.1974); *cf. Storseth v. Spellman*, 654 F.2d 1349, 1352-53 (9th Cir. 1981) (once counsel is appointed, prisoner has no right to assistance from inmate writer).

For the foregoing reasons, the Court will only accept motions filed by Defendant's attorneys

of record.

IT IS ORDERED that Defendant Whitsell's Motion/Letter Request for Transcripts [#110] is DENIED WITHOUT PREJUDICE.

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: September 16, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 16, 2014, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Case Manager
(313) 234-5215
